1  J. LUCIAN DODSON III (State Bar No. 76251)
   ROGER J. BROTHERS (State Bar No. 118622)
2  KIRK NEUNER (State Bar No. 130785)
   McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer &
3  Borges LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone:  (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  DOUBLETREE HOTEL CORPORATION; RED LION INNS
   OPERATING, L.P.; WESTBOY LLC; THE BOYKIN GROUP,
8  INC.; and BOYKIN LODGING COMPANY

9                  UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  CONNIE ARNOLD,                    Case No. CIV-S-05-00602 GEB

13            Plaintiff,              **STIPULATION AND [PROPOSED]**
                                      **ORDER EXTENDING TIME FOR**
14        vs.                         **DEFENDANTS SACRAMENTO**
                                      **DOUBLETREE HOTEL; DOUBLETREE**
15  SACRAMENTO DOUBLETREE HOTEL;      **HOTEL CORPORATION; RED LION**
    DOUBLETREE HOTEL                  **INNS OPERATING, L.P.; WESTBOY**
16  CORPORATION; RED LION INNS        **LLC; THE BOYKIN GROUP, INC.; AND**
    OPERATING, L.P.; WESTBOY LLC;     **BOYKIN LODGING COMPANY TO**
17  THE BOYKIN GROUP, INC.; BOYKIN    **ANSWER COMPLAINT FOR DAMAGES**
    LODGING COMPANY, and DOES 1       **AND INJUNCTIVE RELIEF**
18  through 50, inclusive,
                                      Judge:  Hon. Garland E. Burrell, Jr.
19            Defendants.             Action Filed:  March 24, 2005

20

21        It is hereby agreed and stipulated by and between Paul L. Rein, Esq., of the Law Offices

22  of Paul L. Rein, attorneys for plaintiff CONNIE ARNOLD (hereinafter, "Plaintiff"), and Roger J.

23  Brothers, Esq., of McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer & Borges LLP (hereinafter,

24  the "McNamara Firm"), attorneys for defendants SACRAMENTO DOUBLETREE HOTEL;

25  DOUBLETREE HOTEL CORPORATION; RED LION INNS OPERATING, L.P.; WESTBOY

26  LLC; THE BOYKIN GROUP, INC.; and BOYKIN LODGING COMPANY (hereinafter,

    collectively, "Defendants"), that, inasmuch as the McNamara Firm was retained as counsel for
                        STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

    Defendants with respect to the above-entitled action on or about May 17. 2005, the date by which

McNAMARA, DODGE, NEY, BEATTY, SLATTERY & PFALZER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   Defendants' answer or answers to Plaintiff's complaint must be filed should be extended to May

2   31, 2005.

3

4   Dated: _____5/24/05_____          Dated: _____5/25/05_____

5   LAW OFFICE OF PAUL L. REIN                        MCNAMARA, DODGE, NEY, BEATTY,
                                                      SLATTERY, PFALZER & BORGES LLP
6

7   _____/S/_____            _____/S/_____

    Paul L. Rein, Esq.                                Roger J. Brothers, Esq.
8   Attorneys for plaintiff Connie Arnold             Attorneys for defendants Sacramento
                                                      Doubletree Hotel; Doubletree Hotel
9                                                     Corporation; Red Lion Inns Operating, L.P.;
                                                      Westboy LLC; The Boykin Group, Inc.; and
10                                                    Boykin Lodging Company

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

    ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & PFALZER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel for plaintiff Connie Arnold and for defendants Sacramento Doubletree Hotel, Doubletree Hotel Corporation, Red Lion Inns Operating, L.P., Westboy LLC, The Boykin Group, Inc., and Boykin Lodging Company, that McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP were retained as counsel for the foregoing defendants on or about May 17. 2005, and the request by counsel for the parties that the date by which the answer or answers to plaintiff's complaint by said defendants must be filed should be extended to May 31, 2005, and good cause appearing therefore,

IT IS HEREBY ORDERED that the date by which defendants Sacramento Doubletree Hotel, Doubletree Hotel Corporation, Red Lion Inns Operating, L.P., Westboy LLC, The Boykin Group, Inc., and Boykin Lodging Company must answer the complaint on file herein is extended to May 31, 2005.

IT IS SO ORDERED.

DATED:  May 26, 2005

                    /s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.
United States District Judge

McNAMARA, DODGE, NEY, BEATTY, SLATTERY & PFALZER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME