```
 1
 2
 3
 4
 5
 6
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
   CONNIE ARNOLD,                       )
12                                      )    2:05-cv-0602-GEB-GGH
                       Plaintiff,       )
13                                      )
        v.                              )
14                                      )    ORDER
   SACRAMENTO DOUBLETREE HOTEL;         )
15 DOUBLETREE HOTEL CORPORATION; RED    )
   LION INNS OPERATING, L.P.; WESTBOY   )
16 LLC; THE BOYKIN GROUP, INC.;         )
   BOYKIN LODGING COMPANY; and DOES     )
17 1-50, inclusive,                     )
                                        )
18                     Defendants.      )
                                        )
19
```

On May 25, 2006, the Court received a "Joint Stipulation and [Proposed] Order Continuing Trial and Deadlines in Scheduling Order" in which the parties seek to amend the prescribed dates in the Status (Pretrial Scheduling) Order ("Rule 16 Order") because "[Defendants' disclosed expert] became gravely ill in mid-April 2006" and is "expect[ed] to resume his full [work] schedule on or about July 15, 2006." Since the date on which Defendants' expert is anticipated to resume his full work schedule falls after the

discovery completion date in the Rule 16 Order, the Rule 16 Order is modified as follows:

    (1)  Discovery shall be completed by October 11, 2006;

    (2)  the last hearing date for motions shall be December 11, 2006, at 9:00 a.m.;

    (3)  the Final Pretrial Conference is set for February 26, 2007, at 3:30 p.m.; and

    (4)  trial is set to commence at 9:00 a.m. on May 30, 2007.

IT IS SO ORDERED.

Dated:  June 5, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge