IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CONNIE ARNOLD,                      )
                                    )    2:05-cv-0602-GEB-GGH
                Plaintiff,          )
                                    )
      v.                            )    ORDER
                                    )
SACRAMENTO DOUBLETREE HOTEL;        )
DOUBLETREE HOTEL CORPORATION; RED   )
LION INNS OPERATING, L.P.; WESTBOY  )
LLC; THE BOYKIN GROUP, INC.;        )
BOYKIN LODGING COMPANY;             )
                                    )
                Defendants.         )
_____)
```

On September 19, 2006, the Court received a "Joint Stipulation and [Proposed] Order Continuing Trial and Deadlines in Scheduling Order" ("Stipulation") in which the parties seek to amend dates prescribed in the Status (Pretrial Scheduling) Order ("Status Order").

Since the parties stipulate to having the Status Order modified, and the modification will be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached. But the modifications will be slightly different from what the parties propose.

/////

1

Therefore, the Status Order is modified as follows:

(1)  Discovery shall be completed by December 13, 2006;

(2)  the last hearing date for motions shall be February 12, 2007, at 9:00 a.m.;

(3)  the Final Pretrial Conference is set for April 30, 2007, at 1:30 p.m.; and

(4) trial is set to commence at 9:00 a.m. on August 7, 2007.

IT IS SO ORDERED.

Dated:   September 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge